**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ANTHONY V. BUBUTIEVSKI,

    Petitioner,

        v.                      Case No. 3:06-cv-1130-J-12HTS
                                        3:03-cr-340-J-12HTS

UNITED STATES OF AMERICA,

    Respondent.

_____

**O R D E R**

This cause is before the Court on the Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Civ. Doc.2, Crim. Doc. 230), filed December 28, 2006. On February 1, 2007, the "United States' Motion to Dismiss or, Alternatively to Require the Defendant to Supplement [his §2255 Motion]" (Doc. 7) was filed. On February 26, 2007, the Petitioner responded to the Respondent's motion by filing a motion (Doc.8) to extend the time for filing a new §2255 motion or to permit him to supplement his §2255 motion. Upon review of the submissions of the parties, it is

**ORDERED AND ADJUDGED:**

1.    That "United States' Motion to Dismiss or, Alternatively to Require the Defendant to Supplement [his §2255 Motion]" is granted to the extent that the Court will require the Petitioner to file an Amended §2255 motion as set forth below and is denied in all other respects;

2. That Respondent's motion (Doc.8) to extend the time for filing a new §2255 motion or to permit him to supplement his §2255 motion is granted and the Petitioner shall have until May 2, 2007, to file an Amended §2255 motion, the filing of which shall relate back to the date of the filing of his original §2255 motion, (Civ. Doc.2, Crim. Doc. 230, filed December 28, 2006). *The Petitioner's Amended §2255 motion must set forth each and every ground the Petitioner seeks to assert in his collateral attack on his conviction and sentence, along with the complete factual and legal basis for each ground.* The Petitioner is advised that any grounds he fails to raise in his Amended §2255 motion may be barred from further review by the Court unless he first obtains permission from the Eleventh Circuit Court of Appeals; and

3. That the Respondent shall have thirty (30) days from the filing of the Petitioner's Amended §2255 motion to file its response.

**DONE AND ORDERED** this ___2nd___ day of March 2007.

_Howell W. Melton_
HOWELL W. MELTON
United States District Judge

Copies to:        AUSA (Pashayan)        Petitioner